## LEE OWENS *v.* COMMISSIONER OF CORRECTION
## (AC 34561)

Lavine, Alvord and Schaller, Js.

Argued October 22—officially released November 12, 2013

Per Curiam. The judgment is affirmed.

## BRADSHAW SMITH *v.* FREEDOM OF INFORMATION
## COMMISSION ET AL.
## (AC 35180)

Gruendel, Robinson and Bishop, Js.

Argued October 21—officially released November 12, 2013

Per Curiam. The judgment is affirmed.

## BERNARD SMALLS *v.* COMMISSIONER
## OF CORRECTION
## (AC 33269)

Gruendel, Robinson and Bishop, Js.

Argued October 21—officially released November 12, 2013

Per Curiam. The appeal is dismissed.